

FIRST COURT OF APPEALS
301 Fannin Street, HOUSTON
Houston, Texas 77002-2066

20 JAN 15

RE: Case No. 01-14-00940-CV

Style: Dawn Comeaux
v. Villages of Louetta

The clerk's record in this appeal has not been timely filed with this court. The court requests that the record be filed within 10 days of the date of this letter. If the record is not filed by that date, I will refer the matter to the court. If you are unable to file the record by that date, you should request an extension of time from our court. If the appellant has not made arrangements for paying for this record, please advise the court in writing. See Tex. R. App. P. 35.3(a)(2) and (b)(3).

PRINE, Christopher A. / HOUSTON/TX/

Christopher A. Prine, Clerk of the Court

T. C. Case # APR 28 2015

Dawn Comeaux
5015 Louetta Rd. #1817
Spring, TX 77379

CHRISTO:
CLERK

U.S. POSTAGE >> PITNEY BOWES

January 20, 2015

ZIP 77002 $ 000.34⁰
02 1W
0001372104 JAN 20 2015

PHERIAX PRINE

773 SE 1009 0004/04/15

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 7700220G6699 *2133-06434-20-44